(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.  SUPERIOR COURT
CIVIL ACTION
No. 15-1926 C

................ BRENDA LAND ................, Plaintiff(s)

v.

................ WAL-MART STORES, INC. ................, Defendant(s)

## SUMMONS

To the above named Defendant: Wal-Mart Stores, Inc.

You are hereby summoned and required to serve upon ___Brian W. Brady, Esq.___, plaintiff's attorney, whose address is 50 Congress St., Suite 225, Boston, MA 02109 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at ___Salem___ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the  third
day of     December    , in the year of our Lord two thousand  fifteen.

A true copy Attest
12-14-15
Deputy Sheriff Suffolk County

_Thomas H. Driscoll Jr._
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___ , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated: _____, 20___ .    _____

N.B. TO PROCESS SERVER:-
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|  |
|---|
| , 20 . |

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 15-1926C

BRENDA LAND
Plaintiff(s)

v.

WAL-MART STORES, INC.
Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                    SUPERIOR COURT
                                              CIVIL ACTION No.  15-1926 C

BRENDA LAND,

        Plaintiff,

    v.

WAL-MART STORES, INC.,

        Defendant.

## COMPLAINT AND JURY CLAIM

### Introduction

(1) This is an action to recover monetary damages for personal injuries sustained by the Plaintiff, Brenda Land, as a result of a dangerous condition at the Defendant's property.

### Jury Claim

(2) PLAINTIFF CLAIMS A TRIAL BY JURY ON ALL ISSUES AND ALL COUNTS RAISED IN THIS ACTION.

### Parties

(3) The Plaintiff, Brenda Land, is a resident of Swampscott, County of Essex of this Commonwealth.

(4) The Defendant, Wal-Mart Stores, Inc. is a foreign corporation with a principal place of business located at 702 SW 8th Street, Bentonville, Arkansas. It sregistered agent is CT Corporation System, 155 Federal Street, Suite 700, City of Boston, of this Commonwealth.

## GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

(5) On or about December 2, 2012, the Defendant, Wal-Mart Stores, Inc. owned a retail business located at 450 Highland Avenue, Salem, County of Essex, of this Commonwealth.

(6) On or about December 2, 2012, the Plaintiff sustained bodily injuries when she slipped on a wet floor inside the Defendant's store at 450 Highland Avenue, Salem.

(7) At the time of the Plaintiff's accident, the Defendant knew or should have known about the aforementioned dangerous condition.

(8) The Plaintiff has served proper and timely notice upon the Defendant of her claim in accordance with and pursuant to the provisions of Massachusetts Massachusetts General Laws, Chapter 84.

## COUNT I – BRENDA LAND v. WAL-MART STORES, INC.
## NEGLIGENCE: PERSONAL INJURIES

(9) On or about December 2, 2012, the Defendant, Wal-Mart Stores, Inc., its agents, servants and employees, were negligent and careless in the ownership, maintenance, supervision, inspection and control of its store at 450 Highland Avenue, Salem.

(10) As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff, Brenda Land, sustained severe injuries, suffered great pain of body and great anguish of mind, incurred great expense for medical care and attendance and was otherwise injured and continues to sustain damages.

## DEMAND FOR RELIEF

**WHEREFORE,** the Plaintiff, Brenda Land, demands judgment against the Defendant, Wal-Mart Stores, Inc., in an amount which this Honorable Court deems fair and just, together with interest, costs and attorney's fees.

The Plaintiff,
**Brenda Land,**
By her attorneys,

Brian W. Brady
BBO# 630663
**BRADY & BRADY**
50 Congress Street, Suite 225
Boston, Massachusetts 02109
(617) 227-7682

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Brenda Land<br>ADDRESS: 69 Plymouth Avenue<br>Swampscott, MA 01907<br><br>ATTORNEY: Brian W. Brady<br>ADDRESS: Brady & Brady<br>50 Congress Street Suite 225<br>Boston, MA 02109<br>BBO: 630663 | DEFENDANT(S): Wal-Mart Stores, Inc.<br>450 Highland Avenue<br>Salem MA 01970<br>ADDRESS: | COUNTY Essex |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | P.I. - Slip and Fall | F. | [x] YES  [ ] NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................. $ 6,100+
2. Total doctor expenses ................................................... $ 4,500+
3. Total chiropractic expenses ........................................... $
4. Total physical therapy expenses .................................... $ 19,000+
5. Total other expenses (describe below) .......................... $ 1,250+
   Subtotal (A): $ 30,850+

B. Documented lost wages and compensation to date ....... $
C. Documented property damages to dated ..................... $
D. Reasonably anticipated future medical and hospital expenses $
E. Reasonably anticipated lost wages .............................. $
F. Other documented items of damages (describe below) .. $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

The plaintiff suffered a severe back injury including lumbar radiculopathy as a result of the accident.

TOTAL (A-F): $ 30,850+

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X _[signature]_   Date: 11/24/11

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _[signature]_   Date: 11/24/11

# CIVIL ACTION COVER SHEET INSTRUCTIONS
# SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. (A)
AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. (A)
AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. (A)
AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. (A)
AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. (A)

### CN Contract/Business Cases

A01 Services, Labor, and Materials (F)
A02 Goods Sold and Delivered (F)
A03 Commercial Paper (F)
A04 Employment Contract (F)
A06 Insurance Contract (F)
A08 Sale or Lease of Real Estate (F)
A12 Construction Dispute (A)
A14 Interpleader (F)
BA1 Governance, Conduct, Internal Affairs of Entities (A)
BA3 Liability of Shareholders, Directors, Officers, Partners, etc. (A)
BB1 Shareholder Derivative (A)
BB2 Securities Transactions (A)
BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. (A)
BD1 Intellectual Property (A)
BD2 Proprietary Information or Trade Secrets (A)
BG1 Financial Institutions/Funds (A)
BH1 Violation of Antitrust or Trade Regulation Laws (A)
A99 Other Contract/Business Action - Specify (F)

* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

D01 Specific Performance of a Contract (A)
D02 Reach and Apply (F)
D03 Injunction (F)
D04 Reform/ Cancel Instrument (F)
D05 Equitable Replevin (F)
D06 Contribution or Indemnification (F)
D07 Imposition of a Trust (A)
D08 Minority Shareholder's Suit (A)
D09 Interference in Contractual Relationship (F)
D10 Accounting (A)
D11 Enforcement of Restrictive Covenant (F)
D12 Dissolution of a Partnership (F)
D13 Declaratory Judgment, G.L. c.231A (A)
D14 Dissolution of a Corporation (F)
D99 Other Equity Action (F)

### PA Civil Actions Involving Incarcerated Party †

PA1 Contract Action involving an Incarcerated Party (A)
PB1 Tortious Action involving an Incarcerated Party (A)
PC1 Real Property Action involving an Incarcerated Party (F)
PD1 Equity Action involving an Incarcerated Party (F)
PE1 Administrative Action involving an Incarcerated Party (F)

### TR Torts

B03 Motor Vehicle Negligence - Personal Injury/Property Damage (F)
B04 Other Negligence - Personal Injury/Property Damage (F)
B05 Products Liability (A)
B06 Malpractice - Medical / Wrongful Death (A)
B07 Malpractice - Other (A)
B08 Wrongful Death, G.L. c.229 §2A (A)
B15 Defamation (A)
B19 Asbestos (A)
B20 Personal Injury - Slip & Fall (F)
B21 Environmental (F)
B22 Employment Discrimination (F)
BE1 Fraud, Business Torts, etc. (A)
B99 Other Tortious Action (F)

### RP Real Property

C01 Land Taking (F)
C02 Zoning Appeal, G.L. c.40A (F)
C03 Dispute Concerning Title (F)
C04 Foreclosure of a Mortgage (X)
C05 Condominium Lien & Charges (X)
C99 Other Real Property Action (F)

### MC Miscellaneous Civil Actions

E18 Foreign Discovery Proceeding (X)
E97 Prisoner Habeas Corpus (X)
E22 Lottery Assignment, G.L. c. 10 §28 (X)

### AB Abuse/Harassment Prevention

E15 Abuse Prevention Petition, G.L. c. 209A (X)
E21 Protection from Harassment, G.L. c. 258E (X)

### AA Administrative Civil Actions

E02 Appeal from Administrative Agency, G.L. c. 30A (X)
E03 Certiorari Action, G.L. c.249 §4 (X)
E05 Confirmation of Arbitration Awards (X)
E06 Mass Antitrust Act, G. L. c. 93 §9 (A)
E07 Mass Antitrust Act, G. L. c. 93 §8 (X)
E08 Appointment of a Receiver (X)
E09 Construction Surety Bond, G.L. c. 149 §§29, 29A (A)
E10 Summary Process Appeal (X)
E11 Worker's Compensation (X)
E16 Auto Surcharge Appeal (X)
E17 Civil Rights Act, G.L. c.12 §11H (A)
E24 Appeal from District Court Commitment, G.L. c.123 §9(b) (X)
E25 Pleural Registry (Asbestos cases)
E94 Forfeiture, G.L. c265 §56 (X)
E95 Forfeiture, G.L. c.94C §47 (F)
E99 Other Administrative Action (X)
Z01 Medical Malpractice - Tribunal only, G.L. c. 231 §60B (F)
Z02 Appeal Bond Denial (X)

### SO Sex Offender Review

E12 SDP Commitment, G.L. c. 123A §12 (X)
E14 SDP Petition, G.L. c. 123A §9(b) (X)

### RC Restricted Civil Actions

E19 Sex Offender Registry, G.L. c.6 §178M (X)
E27 Minor Seeking Consent, G.L. c.112 §12S (X)

TRANSFER YOUR SELECTION TO THE FACE SHEET

EXAMPLE:
| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES  ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

### A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
### FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
### MAY RESULT IN DISMISSAL OF THIS ACTION.

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>1577CV01926 | Trial Court of Massachusetts<br>The Superior Court  |
|---|---|---|
| CASE NAME:<br>Brenda Land vs. Wal-Mart Stores, Inc. | | Thomas H. Driscoll, Jr., Clerk of Courts |
| TO: Brian W. Brady, Esq.<br>Brady & Brady<br>50 Congress Street<br>Suite 225<br>Boston, MA 02109 | | COURT NAME & ADDRESS<br>Essex County Superior Court - Lawrence<br>43 Appleton Way<br>Lawrence, MA 01841 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                              DEADLINE

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 02/22/2016 | |
| Response to the complaint filed (also see MRCP 12) | | 03/23/2016 | |
| All motions under MRCP 12, 19, and 20 | 03/23/2016 | 04/22/2016 | 05/23/2016 |
| All motions under MRCP 15 | 03/23/2016 | 04/22/2016 | 05/23/2016 |
| All discovery requests and depositions served and non-expert despositions completed | 09/19/2016 | | |
| All motions under MRCP 56 | 10/19/2016 | 11/18/2016 | |
| Final pre-trial conference held and/or firm trial date set | | | 03/20/2017 |
| Case shall be resolved and judgment shall issue by | | | 11/23/2017 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 11/27/2015 | Sheila Gaudette | (978)242-1900 |

Date/Time Printed: 11-27-2015 11:39:40      SCV026\ 11/2014